UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TINA MARIE VALIQUETTE,

    Defendants.
_____/

Case No. 2:14-cr-09-05

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendant appeared before the undersigned on May 8, 2014, for arraignment on an indictment charging six counts of various controlled substance violations. The government filed a motion for detention. Defense counsel indicated he was not prepared to argue the motion at that time and requested a hearing be set at a later date. Accordingly, IT IS HEREBY ORDERED that the defendant will be detained pending further proceedings.

IT IS FURTHER ORDERED that while the defendant is in custody, she is prohibited from making telephone calls to anyone other than her defense attorney and that she shall have no contact, either direct or indirect, with any of the co-defendants.

IT IS SO ORDERED.

Date: May 9, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge